

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Garcia, an individual, on behalf of himself and others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>San Diego Services, LLC; Paragon Services Engineering; Does 1 thru 50 inclusive<br><br>**Defendant.** | Civil Action No. 18cv01710-BTM-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action be, and hereby is, dismissed without prejudice as to Plaintiff and the putative class as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  3/26/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Mitchell

S. Mitchell, Deputy